IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MISTER SOFTEE, INC. AND** | : |
| **MISTER SOFTEE OF QUEENS, INC.,** | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO.: 13-CV-4829 |
| **SILIS, INC.,** *et al*. | : |
| Defendants. | : |

TO:  DOUGLAS C. PALMER, CLERK
     UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(I)**

Pursuant to F.R.C.P 41(a)(1)(A)(i), the above-named plaintiffs, hereby give notice that the above-captioned matter is voluntarily dismissed <u>without prejudice</u> as to Defendants John Silver, LLC and John Argyros <u>only</u>.

Dated: December 05, 2013

By: _____

Gerald Derevyanny
Adler Vermillion & Skocilich LLP
45 Main St., Suite 500
Brooklyn, N.Y. 11201
347.725.0362