IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MISTER SOFTEE, INC. &** <br> **MISTER SOFTEE OF QUEENS, INC.,** <br><br>     **Plaintiffs,** <br> v. <br><br> **SILIS, INC.,** *et al.* <br><br>     **Defendants.** | CIVIL ACTION NO.: 13-CV-4829 (JMA) <br><br> Notice of Appearance |

TO: The Clerk of the Court and all parties of records

    I am admitted to practice in this Court and I appear in this case as co-counsel for the Plaintiffs.

Dated: Brooklyn, New York
       April 27, 2015

                                        Respectfully submitted,

                                        Mark H. Jaffe (MJ1725)
                                        **TOR EKELAND, P.C.**
                                        195 Plymouth Street
                                        Brooklyn, NY 11201
                                        T: (718) 514-2075
                                        F: (718) 504-5417
                                        mark@torekeland.com