# CIVIL CAUSE FOR MOTION CONFERENCE

BEFORE: JUDGE JOAN M. AZRACK       (BK)
DATE: 6/23/2015     TIME:  1:00 PM     TIME IN COURT:    45 minutes

CASE:  **CV 13-4829 (JMA)**  Mister Softee, Inc. et al v. Silis, Inc. et al

APPEARANCES:     Plaintiff: Frank Reino

Defendant: Gus Anthony Toufos (pro se)

FTR: 1:11:11 - 1:22:02
       1:32:07 - 1:46:52

☒     Case Called.

☐     Counsel for all sides present.

☐     Briefing schedule set.  Moving papers served by:   Response:   Reply:

☐     Next conference scheduled on

☐     Case to be referred to the Magistrate Judge for

☐     Jury selection and trial scheduled for

☒     Other:

A hearing on defendant Gus Anthony Toufos' motion to vacate the judgment as to him will be held on August 5, 2015, at 11:00 a.m., in Courtroom 920, 100 Federal Plaza, Central Islip.   The Clerk of Court is directed to mail a copy of this minute entry to Mr. Toufos.